

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00046-CV

———————————————

IN THE INTEREST OF O.M. AND O.M., CHILDREN

---

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-108682-18

---

Before Gabriel, Kerr, and Birdwell, JJ.
Memorandum Opinion by Justice Gabriel

**MEMORANDUM OPINION**

Appellant R.M. (Father) attempts to appeal from the trial court's order terminating his parental rights to his daughters O.M. and O.M. The trial court signed the termination order on January 2, 2020, making R.M.'s notice of appeal due no later than January 22. *See* Tex. R. App. P. 26.1(b), 28.1(b), 28.4(a)(1). Father filed a notice of appeal on February 11—forty days after the order was signed and twenty days after the appellate deadline had expired. We notified Father on February 12 that it appeared we did not have jurisdiction over his appeal based on the late notice; Father filed an extension motion on February 24, explaining that a calendaring error caused the late filing. *See* Tex. R. App. P. 26.3, 42.3, 44.3.

We are authorized to extend the notice-of-appeal deadline only for fifteen days. *See* Tex. R. App. P. 26.3. Although Father filed an extension motion, that motion also was filed outside of this fifteen-day window. We may not alter the time for perfecting an appeal in a civil case beyond the limits of the appellate rules. *See* Tex. R. App. P. 2. In the absence of a notice of appeal or an extension motion filed within thirty-five days after the order was signed, we do not have jurisdiction over the appeal. *See In re D.A.*, No. 02-15-00346-CV, 2015 WL 9244637, at *1 (Tex. App.—Fort Worth Dec. 17, 2015, no pet.) (mem. op.). We dismiss Father's attempted appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel

Lee Gabriel
Justice

Delivered: March 19, 2020